# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ALVIN JENKINS,            )
                          )
    Petitioner,      )
                          )
v.                        )  Case No. CV412-031
                          )
AL ST. LAWRENCE,          )
                          )
    Respondent.      )

## REPORT AND RECOMMENDATION

Alvin Jenkins, a pre-trial detainee held at the Chatham County Detention Center while awaiting prosecution for aggravated sodomy, *see* attached state court docket sheet, petitions this Court under 28 U.S.C. § 2241, doc. 1, and moves for leave to file it in forma pauperis (IFP). Doc. 4. Jailed for some 23 months, he is unhappy with the pace of that case and insists that the state is violating his speedy trial, due process, and other rights. Doc. 1 at 1-5. He thus wants this Court to order his immediate release. *Id.* at 5 ¶ D.

The Court **GRANTS** his IFP motion (doc. 4) but concludes his petition must be dismissed. Pretrial § 2241 petitions must be exhausted.

*Wilkinson v. Dotson*, 544 U.S. 74, 79 2005) (all habeas corpus actions "require a petitioner to fully exhaust state remedies"); *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) (Tjoflat, J., concurring) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies."). Georgia law

> allows pretrial detainees to raise each of these types of claims either during state criminal proceedings or collaterally in a state habeas corpus action. *See Perera v. Miller*, 283 Ga. 583, 662 S.E.2d 544, 544 (Ga. 2008) (noting that criminal defendants can bring speedy trial claim and ineffective assistance of counsel claims during the course of criminal proceedings); *Jackson v. State*, 279 Ga. 449, 614 S.E.2d 781, 783–84 (Ga. 2005) (ruling on speedy trial claim and due process claim based on preindictment delay; claims initially brought in motion for a new trial and reasserted on direct appeal); *Rainwater v. Langley,* 277 Ga. 127, 587 S.E.2d 18, 19–20 (Ga. 2003) (challenging pretrial detention in state habeas petition); *Banks v. Waldro*p, 272 Ga. 475, 531 S.E.2d 708, 708 (Ga. 2000) (holding that challenge to pretrial detention based on contention of improper denial of bail is properly brought in state habeas petition); *McClure v. Hopper*, 234 Ga. 45, 214 S.E.2d 503, 506 (Ga. 1975) (holding that claim based on denial of a timely first appearance may be cognizable in habeas corpus action).

*Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011). As in *Harvey*, Jenkins "has not alleged, and there is nothing in the record to suggest, that he filed a state habeas petition challenging his pre-trial detention." *Id.* Therefore, his petition should be **DISMISSED WITHOUT PREJUDICE** so that he may exhaust available state

remedies.

**SO REPORTED AND RECOMMENDED,** this 13TH day of February, 2012.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



# CHATHAM COUNTY, GA
# Eastern Judicial Circuit of Georgia

Home   Magistrate Court   Probate Court   State Court   Superior Court   Juvenile Court   Court Forms   Court Fees

February 10, 2012    Location: Case Details    Input your search...



- CASE LOOKUP
- COURT FORMS
- COURT FEES
- MAP & DIRECTIONS
- JURY SERVICES
- SITE SEARCH

## Case Details

### State VS. JENKINS, ALVIN BERNARD

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | Superior |
| Case Number: | CR100899 |
| Case Type: | AGG SODOMY |
| Judge: | HONORABLE MICHAEL KARPF |
| Assistant District Attorney: | FRANK PENNINGTON |
| Date Filed: | 4/14/2010 |
| Status: | ACTIVE - |
| Next Event: | 2/13/2012 TRIAL DOCKET CALL |

### Defendant Information
| | |
|---|---|
| Name: | JENKINS, ALVIN BERNARD |
| DIN: | X0047269 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 67 |
| Weight: | 170 |
| Eyes: | BROWN |
| Hair: | BLACK |



Chatham County Sheriff X0047269

Click for large Picture

**Defendant History**

### Attorney Information
JOHN RODMAN
540 East Oglethorpe Ave
SAVANNAH, GA
31401

### Bondsman Information
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 2/13/2012 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 11/14/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 9/19/2011 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 9/15/2011 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 9/12/2011 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | RESCHEDULE EVENT |
| 8/29/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 8/1/2011 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 6/2/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 5/31/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | RESCHEDULE EVENT |
| 4/26/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | RESCHEDULE EVENT |
| 4/18/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 3/21/2011 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | EVENT CANCELLED - EC |
| 11/2/2010 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 6/30/2010 | 09:30AM | PRETRIAL HEARING | MICHAEL KARPF | |
| 6/29/2010 | 1:30PM | PRETRIAL HEARING | MICHAEL KARPF | RESCHEDULE EVENT |
| 5/17/2010 | 1:30PM | ARRAIGNMENT/TRACKING DOCKET | MICHAEL KARPF | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-5-24 | AGGRAVATED BATTERY | 1 | FELONY | 2/9/2010 | |
| 16-5-40 | KIDNAPPING | 1 | FELONY | 2/9/2010 | |
| 16-6-2(AGG) | AGGRAVATED SODOMY | 1 | FELONY | 2/9/2010 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16-5-24 | | AGGRAVATED BATTERY | 1 | FELONY | 4/7/2010 | |
| 16-5-24 | | AGGRAVATED BATTERY | 1 | FELONY | 4/7/2010 | |
| 16-5-21 | | AGGRAVATED ASSAULT | 1 | FELONY | 4/7/2010 | |

[Return to Top]

**Proceedings**

| | | | | | |
|---|---|---|---|---|---|
| 2/13/2012 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 1/5/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/12/2011 | | TRANSCRIPT RECEIVED | | | MOTION HEARING SEPTEMBER 15,2011 |
| 12/9/2011 | | PRO SE MOTION | | | DEMURRER AND MTN TO DISMISS INDICTMENT/ |
| 11/14/2011 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 9/19/2011 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 9/15/2011 | | ORDER | | | MTN TO INTRODUCE EVIDENCE OF SIMILAR TRANSACTION-GRANTED IN PART AND RULING IS WITHHELD AS TO THE SECOND PART/ |
| 9/15/2011 | 09:00AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 9/13/2011 | | ORDER | | | ORDER OF CONTINUANCE-GRANTED/ |
| 9/12/2011 | 09:00AM | MOTION HEARING (MTH) | RESCHEDULE EVENT | MICHAEL KARPF | |
| 9/9/2011 | | NOTICE TO CLERK OF SUPERIOR COURT | | | |
| 8/31/2011 | | MASTER LIST FOR WITNESSES | | | |
| 8/31/2011 | | MASTER LIST FOR WITNESSES | | | |
| 8/29/2011 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 8/1/2011 | 09:00AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 7/22/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/24/2011 | | PRO SE LETTER RECEIVED | | | |
| 6/9/2011 | | ENTRY OF APPEARANCE | | | JENNIFER BURNS/ |
| 6/6/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/2/2011 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 5/31/2011 | 09:30AM | TRIAL DOCKET CALL | RESCHEDULE EVENT | MICHAEL KARPF | |
| 5/10/2011 | | NOTICE TO CLERK OF SUPERIOR COURT | | | SEALED STATES DISCOVERY DISCLOSURE/ |
| 5/10/2011 | | NOTICE - OF INTENT | | | TO PRESENT EVIDENCE OF SIMILAR TRANSACTION AND MTN TO ALLOW SUCH EVIDENCE/NTC OF INTENT TO PROSECUTE DEF/NTC OF INTENT TO IMPEACH WITH PRIOR CONVICTION/NTC OF INTENT TO OFFER EVIDENCE IN AGGRAVATION OF PUNISHMENT/ |
| 4/26/2011 | 09:30AM | TRIAL DOCKET CALL | RESCHEDULE EVENT | MICHAEL KARPF | |
| 4/18/2011 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 4/14/2011 | | INDICTMENT | | | |
| 4/5/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 3/21/2011 | 09:00AM | MOTION HEARING (MTH) | EVENT CANCELLED - EC | MICHAEL KARPF | |

| Date | Time | Event | | Judge | Notes |
|---|---|---|---|---|---|
| 3/15/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 3/9/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 2/14/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 2/11/2011 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 1/21/2011 | | CERTIFIED MAIL RECEIPT | | | DEF/ |
| 1/19/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/7/2011 | | ORDER | | | MTN TO STAY PROCEEDINGS-DISMISSED/ |
| 12/28/2010 | | PRO SE LETTER RECEIVED | | | |
| 11/12/2010 | | CERTIFIED MAIL RECEIPT | | | DEF/ |
| 11/9/2010 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 11/2/2010 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 11/2/2010 | | PRO SE LETTER RECEIVED | | MICHAEL KARPF | MTN TO STAY THE PROCEEDINGS UNTIL ISSUE OF INEFFECTIVE ASSITANCE OF COUNSEL IS DEALT/ |
| 10/25/2010 | | PRO SE LETTER RECEIVED | | | NTC OF PET/PET FOR ASSIGNED COUNSEL TO RENDER DEF EFFECTIVE ASSIST OF COUNSEL/ |
| 9/30/2010 | | PRO SE LETTER RECEIVED | | | |
| 8/27/2010 | | MOTION - MOTION TO SUPPRESS | | | FILED BY DEF/CERT OF SERV/ |
| 7/13/2010 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/30/2010 | 09:30AM | PRETRIAL HEARING | | MICHAEL KARPF | |
| 6/29/2010 | 1:30PM | PRETRIAL HEARING | RESCHEDULE EVENT | MICHAEL KARPF | |
| 5/17/2010 | 1:30PM | ARRAIGNMENT/TRACKING DOCKET | | MICHAEL KARPF | |
| 5/11/2010 | | BENCH WARRANT EXECUTED | | | EXECUTED ON 100507/ |
| 5/6/2010 | | BENCH WARRANT ISSUED | | | |
| 4/26/2010 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 4/16/2010 5:03:39 PM | | SCREENING | | | Initial Case Screening / Scanning |

[Return to Top]